**Order entered March 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01146-CV

### WILLIAM DAVID HOLLIDAY, Appellant

### V.

### JOSEPH WICKER GRAY, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10117**

# ORDER

Before the Court is the parties' March 5, 2019 joint motion for extension of time to file appellee's brief. In the motion, the parties assert that this Court has "ordered the parties to attend mediation in this matter before Mr. John Shipp." Although our records do not reflect any such mediation order, we **GRANT** the parties' motion **to the extent** either a motion to dismiss the appeal or appellee's brief shall be filed by May 16, 2019.

        /s/     BILL WHITEHILL
                 JUSTICE